1

2

3

4                                        JS - 6

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   DEBORAH A. ETTER,                   ) Case No. CV 10-582-OP
                                         )
12                    Plaintiff,         )
                                         )
13            v.                         ) JUDGMENT
                                         )
14   MICHAEL J. ASTRUE,                  )
     Commissioner of Social Security,    )
15                                       )
                      Defendant.         )
16

17        Pursuant to the Memorandum Opinion; Order of the United States

18   Magistrate Judge,

19        IT IS ADJUDGED that Judgment be entered affirming the decision of the

20   Commissioner of Social Security, and dismissing this action with prejudice.

21

22

23   DATED:  October 22, 2010            _____

24                                       HONORABLE OSWALD PARADA
                                         United States Magistrate Judge
25

26

27

28